IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BARRY G. MULLER, | § | CASE NO. 15-41429 |
| | § | (Chapter 7) |
| DEBTOR | § | |

## MOTION FOR AUTHORITY TO SELL MINERAL INTERESTS

### Notice

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**.

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

Christopher J. Moser, Trustee ("*Trustee*") files his Motion for Authority to Sell Mineral Interests ("*Motion*") pursuant to the provisions of 11 U.S.C. §363(b) as follows:

1. On August 6, 2015 (the "*Date of Bankruptcy*"), Barry G. Muller ("Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Christopher J. Moser is the acting Chapter 7 trustee of the Debtors' bankruptcy estate.

3. The bankruptcy estate owns mineral interests in Johnson County, Texas (the "*Mineral Interests*").

4. The Debtor did not list his Mineral Interests on his bankruptcy schedules.

5. The Trustee received an offer to purchase the Mineral Interests from ECM Resources Inc. ("*ECM*") and/or its assigns for the amount of $4,500.00.

6. The Trustee seeks authority to sell the Mineral Interests to ECM for the amount of $4,500.00.

7. Trustee requests that any order approving this Motion exclude the fourteen day stay provided in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee respectfully requests that pursuant to the provisions of 11 U.S.C. §363(b) this Court approve the sale of the Mineral Interests to ECM on the above terms and that Trustee be granted such other and further relief to which he is justly entitled.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.,
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 880-1805 (Telephone)
(214) 871-2111 (Telefax)

By: */s/ Christopher J. Moser*
    Christopher J. Moser

ATTORNEYS FOR TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via regular U.S. mail, postage prepaid, on the 29th day of September, 2015, upon all parties on the attached mailing matrix.

*/s/ Christopher J. Moser*